UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MARUN, on behalf of JAMES MARUN,<br><br>                  Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                  Defendants. | Case No.:  19cv506-LAB (KSC)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 28) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees.

     **IT IS SO ORDERED**.

Dated:  April 20, 2020

_____

Hon. Larry Alan Burns
Chief United States District Judge

1